IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HELEN MAYBERRY,                           3:12-CV-00739-BR

       Plaintiff,                          JUDGMENT OF REMAND

v.

TRANSPORTATION COMMUNICATIONS
UNION/IAM,

       Defendant.


Based on the Court's Opinion and Order (#22) issued September 20, 2012, this matter is **REMANDED** to Multnomah County Circuit Court.

IT IS SO ORDERED.

DATED this 20th day of September, 2012.

                                      /s/ Anna J. Brown
                                      ANNA J. BROWN
                                      United States District Judge

1 - JUDGMENT OF REMAND