IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HELEN MAYBERRY, | 3:12-CV-00739-BR |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| TRANSPORTATION COMMUNICATIONS UNION/IAM, | |
| Defendant. | |

Based on the Court's Opinion and Order (#22) issued September 20, 2012, this matter is **REMANDED** to Multnomah County Circuit Court.

IT IS SO ORDERED.

DATED this 20th day of September, 2012.

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND